UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:23-mj-00135 |
| v. : | |
| : | |
| BIAO QU, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Alexandra Foster, who may be contacted by telephone at 619-546-6735 or e-mail at AFoster@usa.doj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Alexandra F. Foster*
Alexandra F. Foster | Assistant U.S. Attorney
Detailed to Washington, D.C. USAO
U.S. Attorney's Office, Southern District of California
880 Front Street, San Diego, CA 92101
619-546-6735